K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Peggy Goedde

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY GOEDDE,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK ANGUS STEAKHOUSES, et al.<br><br>    Defendants. | Case No.: 1:09-CV-02143-AWI-SMS<br><br>**STIPULATION RE CONTINUANCE OF THE SCHEDULING CONFERENCE; ORDER** |

IT IS FURTHER STIPULATED that both parties agree to continue the Mandatory Scheduling Conference from March 11, 2010 to April 28, 2010 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: March 10, 2010    LITTLER MENDELSON

    By:  /s/Daniel J. Cravens
    Daniel J. Cravens, Esq.
    Attorney for Defendant Black Angus Steakhouses, LLC

Dated: March 10, 2010    MOORE LAW FIRM, PC

    By:  /s/Tanya Levinson Moore
    Tanya Levinson Moore
    Attorney for Plaintiff Peggy Goedde

**IT IS SO ORDERED.** Parties called the Court, stating they're trying to resolve this action and request continuance.

Scheduling Conference hearing is continued from March 11, 2010 to April 28, 2010 at 9:00 a.m. before Judge Snyder in Courtroom #7.

Dated:  March 10, 2010			/s/ Sandra M. Snyder
					**UNITED STATES MAGISTRATE JUDGE**