K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Peggy Goedde

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY GOEDDE, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>BLACK ANGUS STEAKHOUSES, et al. <br><br>　　　　Defendants. | Case No.:　1:09-CV-02143-AWI-SMS <br><br>**STIPULATION RE CONTINUANCE OF THE SCHEDULING CONFERENCE; ORDER** |

IT IS FURTHER STIPULATED that both parties agree to continue the Mandatory Scheduling Conference from March 11, 2010 to April 28, 2010 at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  March 10, 2010          LITTLER MENDELSON

                                By:__/s/Daniel J. Cravens
                                Daniel J. Cravens, Esq.
                                Attorney for Defendant Black Angus Steakhouses, LLC

Dated:  March 10, 2010          MOORE LAW FIRM, PC

                                By:  /s/Tanya Levinson Moore
                                 Tanya Levinson Moore
                                Attorney for Plaintiff Peggy Goedde

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED.**  Parties called the Court, stating they're trying to resolve this action and
2  request continuance.

3
4     Scheduling Conference hearing is continued from March 11, 2010 to April 28, 2010 at
5  9:00 a.m. before Judge Snyder in Courtroom #7.

6

7  Dated:  March 10, 2010            /s/ Sandra M. Snyder
8                                   **UNITED STATES MAGISTRATE JUDGE**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28